No attorneys given.

---

COMMONWEALTH v. W. K. PERRY ET AL.

Criminal Law—Empaneling Jury—Dismissing Indictment—Bondman Released.
    A trial is begun when the jury is empaneled, and if the indictment is dismissed and resubmitted to the grand jury, the surety on the appearance bond is thereby released.

APPEAL FROM BUTLER CIRCUIT COURT.

December 7, 1871.

OPINION OF THE COURT BY JUDGE LINDSAY:

On the second day of the November term, 1870, of the Butler circuit court, the accused appeared in court in pursuance to his bond. Whereupon his sureties, the appellees, in open court agreed to stand responsible on their bond during the trial then about to begin. A jury was empanelled and the trial progressed. Finally the indictment was dismissed, and the case resubmitted to the grand jury. This was a termination of the trial, and with it the liability of the appellees ceased. They were not responsible for the future conduct of the accused.

Judgment affirmed.